UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
EVELYN BECKER; DAISY BELL; RITA        :
BICKNELL, APRIL BOONE, ALIDA           :
BUCKNER, ALETA COX, RONALD DAANEN,     :
MARTHA DUNCAN, JO DURHAM, JEFFORY      :
EDWARDS, TERRY FAMEREE, DEBORAH        :
FEASTER, DANIEL GROGN, ANNA            :
GUSTAFSON; CATHERINE HART, GAIL        :
HARVEY; KATHERINE HENDRICKSON,         :
SANDRA JOLIN, KATHRYN KIEFFER,         :
DOROTHY KING, JERI MANN, PATRICIA      :
MANTEY, JENNIFER MOFFITT; JULIE        :
MUEHLBAUER, PAUL PRICE, SHARON         :
RATZ, CYNTHIA RITTASE, SUE ROHDE-      :
PERRY, DONNA SANICOLA, LAVERNE         :
SCHOONOVER, JUDY SEIBERT, E. SHEPERD,  :
JERRY SIMMONS, MITZIE SKILES, DIANE    :
STOKES, PATRICIA STUCKEY, HELEN        :
TAYLOR, JACKIE TURNER, ELIZABETH       :
WAUKAU; DOROTHEA WEYERS, JEFFREY       :
WHITING; CHRISTINE WILCZEK, LOIS       :
YORK, ANGELINE ZIMMERMAN,              :
                                       :
      Plaintiffs,                      :   Civil Action
v.                                     :   No. 04-11189-GAO
                                       :
INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME       :
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-      :
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS     :
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,       :
                                       :
      Defendants.                      :
------------------------------------ x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: June 23, 2004<br>      Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |