UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EVELYN BECKER; DAISY BELL; RITA BICKNELL, APRIL BOONE, ALIDA BUCKNER, ALETA COX, RONALD DAANEN, MARTHA DUNCAN, JO DURHAM, JEFFORY EDWARDS, TERRY FAMEREE, DEBORAH FEASTER, DANIEL GROGN, ANNA GUSTAFSON; CATHERINE HART, GAIL HARVEY; KATHERINE HENDRICKSON, SANDRA JOLIN, KATHRYN KIEFFER, DOROTHY KING, JERI MANN, PATRICIA MANTEY, JENNIFER MOFFITT; JULIE MUEHLBAUER, PAUL PRICE, SHARON RATZ, CYNTHIA RITTASE, SUE ROHDE-PERRY, DONNA SANICOLA, LAVERNE SCHOONOVER, JUDY SEIBERT, E. SHEPERD, JERRY SIMMONS, MITZIE SKILES, DIANE STOKES, PATRICIA STUCKEY, HELEN TAYLOR, JACKIE TURNER, ELIZABETH WAUKAU; DOROTHEA WEYERS, JEFFREY WHITING; CHRISTINE WILCZEK, LOIS YORK, ANGELINE ZIMMERMAN,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11189-GAO

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 23, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.