IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERK'S OFFICE

2004 JUL 1  A 8:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Eveylyn Becker; Daisy Bell; Rita Bicknell; April Boone; Alida Buckner; Aleta Cox; Ronald Daanen; Martha Duncan; Jo Durham; Jeffory Edwards; Terry Fameree; Deborah Feaster; Daniel Grohn; Anna Gustafson; Catherine Hart; Gail Harvey; Katherin Hendrickson; Sandra Jolin; Kathryn Kieffer; Dorothy King; Jeri Mann; Patricia Mantey; Jennifer Moffitt; Julie Muelhlbauer; Paul Price; Sharon Ratz; Cynthia Rittase; Sue Rohde-Perry; Donna Sanicola; Laverne Schoonover; Judy Seibert; E. Shepherd; Jerry Simmons; Mitzie Skiles; Diane Stokes; Partricia Stuckey; Helen Taylor; Jackie Turner; Elizabeth Waukau; Dorothea Weyers; Jeffrey Whiting; Christine Wilczek; Lois York; and Angeline Zimmerman, <br><br>        Plaintiffs,<br>v.<br><br>Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., a Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.,<br><br>        Defendants. | CIVIL ACTION<br>No.<br>1:04-cv-11189-GAO |

## PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. § 1447(c), Plaintiffs hereby seek to remand this action to the Superior Court of the Commonwealth of Massachusetts, Middlesex County. As grounds for this motion, Plaintiffs state that the jurisdictional basis for removal asserted by defendants Wyeth, Inc. f/k/a American Home Products Corporation; and Wyeth Pharmaceuticals, Inc. f/k/a Wyeth Ayerst-Pharmaceuticals, Inc., a Division of American Home Products Corporation (collectively referred to as "Wyeth"), is improper.

More specifically, defendant Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc. ("Indevus"), is a resident of Massachusetts and has not been fraudulently joined. Wyeth cannot meet the high burden for fraudulent joinder as the allegations in the complaint establish that Plaintiffs have far more than a colorable claims against Indevus.

In support of their motion, Plaintiffs have filed a memorandum and supporting documents. In the event that their motion is granted, Plaintiffs request that this Court issue an Order requiring that the moving defendants pay Plaintiffs' just costs and any actual expenses, including attorney's fees, incurred as a result of removal.

Respectfully submitted this 30th day of June, 2004.

**IANNELLA AND MUMMOLO**

BY: _____
Dante G. Mummolo (BBO #360980)
Ianella and Mummolo
One Boston Place, Suite 3615
Boston, Massachusetts 02108
617-742-1388 telephone
713-225-0566 facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following attorneys of record on this 30th day of June, 2004:

Janice W. Howe
Bingham McCutchen, L.L.P.
150 Federal Street
Boston, MA 02110
617-951-8000

*Counsel for Defendants Wyeth and Wyeth Pharmaceuticals, Inc.*

Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
One Beacon Street
Boston, MA 02108

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim*

_____
Dante G. Mummolo (BBO #360980) /s/