IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Eveylyn Becker; Daisy Bell; Rita Bicknell; April Boone; §
Alida Buckner; Aleta Cox; Ronald Daanen; Martha §
Duncan; Jo Durham; Jeffory Edwards; Terry Fameree; §
Deborah Feaster; Daniel Grohn; Anna Gustafson; §
Catherine Hart; Gail Harvey; Katherin Hendrickson; §
Sandra Jolin; Kathryn Kieffer; Dorothy King; Jeri Mann; § CIVIL ACTION
Patricia Mantey; Jennifer Moffitt; Julie Muelhlbauer; § No.
Paul Price; Sharon Ratz; Cynthia Rittase; Sue Rohde-Perry; § 1:04-cv-11189-GAO
Donna Sanicola; Laverne Schoonover; Judy Seibert; §
E. Shepherd; Jerry Simmons; Mitzie Skiles; Diane Stokes; §
Partricia Stuckey; Helen Taylor; Jackie Turner; §
Elizabeth Waukau; Dorothea Weyers; Jeffrey Whiting; §
Christine Wilczek; Lois York; and Angeline Zimmerman, §
　　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　Plaintiffs, §
　　　　　　　　　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　　§
Indevus Pharmaceuticals, Inc., F/K/A Interneuron §
Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American §
Home Products Corporation; Wyeth Pharmaceuticals, §
Inc. F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., a §
Division of American Home Products Corporation; and §
Boehringer Ingelheim Pharmaceuticals, Inc., §
　　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　Defendants. §

## APPLICATION FOR LEAVE TO PRACTICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Local Rules of the U.S. District Court for the District of Massachusetts and specifically Rule 83.5.3, Counsel for Plaintiffs hereby files this Application for Leave to Practice for the following two attorneys for this case:

1. T. Bryan Akin, III
   Watts Law Firm, L.L.P.
   815 Walker Street, 16th Floor
   Houston, TX 77002
   TSBN: 00960100

2. Truett B. Akin, IV
   Watts Law Firm, L.L.P
   815 Walker Street, 16th Floor
   Houston, TX 77002
   TSBN: 24006744

In support of this motion, both attorneys have filed an affidavit confirming that they (1) are a member of the bar in good standing in every jurisdiction that they are admitted to practice; (2) that there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and (3) that they are familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Respectfully submitted this 9th day of July, 2004.

IANNELLA AND MUMMOLO

BY: _____
Dante G. Mummolo (BBO #360980)
Ianella and Mummolo
One Boston Place, Suite 3615
Boston, Massachusetts 02108
617-742-1388 telephone
713-225-0566 facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

At this time, counsel does not know if the attorneys representing the defendants listed below are opposed to this Motion.

_____
Dante G. Mummolo (BBO #360980)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following attorneys of record on this 9th day of July, 2004:

Janice W. Howe
Bingham McCutchen, L.L.P.
150 Federal Street
Boston, MA 02110
617-951-8000

*Counsel for Defendants Wyeth and Wyeth Pharmaceuticals, Inc.*

Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
One Beacon Street
Boston, MA 02108

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim*

_____
Dante G. Mummolo (BBO #360980)

# AFFIDAVIT

STATE OF __Texas__

COUNTY OF __HARRIS__

BEFORE ME, the undersigned authority, appeared Truett B. Akin, IV, known to me to be the person whose name is subscribed herein, upon his oath, deposed and stated:

1. My name is Truett B. Akin, IV. I am over the age of 18 years and capable of making this affidavit. I certify that the information contained in this Affidavit is true and correct to the best of my knowledge and belief.

2. I am a licensed attorney in the state of Texas.

3. I am a member of the bar in good standing in every jurisdiction that I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Further, affiant sayeth not.

_____
Truett B. Akin, IV
WATTS LAW FIRM, L.L.P.
815 Walker, 16th Floor
Houston, Texas 77002
713-225-0500
713-225-0566 Fax

SWORN AND SUBSCRIBED TO before me, a notary public, on this the __9th__ day of July, 2004.

_____
Notary Public

{seal}



DOUG BURKS
Notary Public, State of Texas
My Commission Expires 5/17/2006

# AFFIDAVIT

STATE OF __TEXAS__

COUNTY OF __HARRIS__

BEFORE ME, the undersigned authority, appeared T. Bryan Akin, III, known to me to be the person whose name is subscribed herein, upon his oath, deposed and stated:

1. My name is T. Bryan Akin, III. I am over the age of 18 years and capable of making this affidavit. I certify that the information contained in this Affidavit is true and correct to the best of my knowledge and belief.

2. I am a licensed attorney in the state of Texas.

3. I am a member of the bar in good standing in every jurisdiction that I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Further, affiant sayeth not.

_____
T. Bryan Akin, III
WATTS LAW FIRM, L.L.P.
815 Walker, 16th Floor
Houston, Texas 77002
713-225-0500
713-225-0566 Fax

SWORN AND SUBSCRIBED TO before me, a notary public, on this the __9th__ day of July, 2004.

DOUG BURKS
Notary Public, State of Texas
My Commission Expires 5/17/2008

_____
Notary Public